IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JACINDA GLOVER                                                                                    PLAINTIFF

v.                                         Case No. 1:22-cv-1072

HUDSON MEMORIAL NURSING HOME                                        DEFENDANT

## JUDGMENT

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 14) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge